1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ TOPETE aka JULIO TOPETE and CARLOS MANUEL TOPETE, | Case No.: 2:19-cv-02015-AB-KS |
| Plaintiffs, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFFS' CASE TO CALIFORNIA SUPERIOR COURT |
| v. | |
| FORD MOTOR COMPANY, a Delaware Corporation; CENTRAL FORD AUTOMOTIVE, INC., a California Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE, this Court hereby REMANDS this matter to the California Superior Court, County of Los Angeles.

IT IS SO ORDERED.

DATED: June 14, 2019

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE